CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 8 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARLON BRAMWELL, #37553-004, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:05-CV-00460 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| FEDERAL PRISONS INDUSTRIES, | ) | By: Hon. Glen E. Conrad |
|     Defendant. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's complaint shall be construed as a <u>Bivens</u> action and **FILED** and **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to proceed <u>in forma pauperis</u> shall be **GRANTED**; and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order to plaintiff and to counsel of record for the defendant, if known.

ENTER: This 18th day of July, 2005.

/s/ Glen E. Conrad
UNITED STATES DISTRICT JUDGE